# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA JEAN MCMAKIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:17-cv-1181- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 7) |

The parties have stipulated for an extension of time for Defendant to prepare and serve a certified copy of the transcript of the administrative record. (Doc. 7) Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 3 at 4), and this is the first extension requested by either party. Based upon the stipulation of the parties, and good cause appearing, the Court **ORDERS:**

1. The request for an extension of time is **GRANTED**; and
2. Defendant **SHALL** file the administrative record no later than **March 5, 2018**.

IT IS SO ORDERED.

　Dated: **February 21, 2018**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1