UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA JEAN MCMACKIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:17-cv-01181 - JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR A SECOND EXTENSION OF TIME |

On July 9, 2018, the parties filed a stipulation for a second extension of time, for Defendant to have an additional seven days to file a response to Plaintiff's opening brief. (Doc. 14) The Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 3 at 4), which was previously used by Defendant in this action. (Docs. 9, 10)

Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 3 at 4) Accordingly, the Court construes the stipulation of the parties to be a motion to amend the Scheduling Order.

Defendant asserts that "good cause exists for a second short extension because Defendant's counsel was out of the office unexpectedly and requires additional time to complete her review of the sizeable record and analysis of the issues raised in Plaintiff's Opening Brief." (Doc. 14 at 1) In addition, Margaret Branick-Abilla, Defendant's counsel, reports she "has a number of other briefs due

1

and is trying diligently to manage competing workload demands." (*Id.* at 2) Plaintiff does not oppose the request for a further extension (*id.*), and it does not appear Plaintiff would suffer any prejudice through the delay.

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS**:

1. Defendant's request for a second extension of time is **GRANTED**; and
2. Defendant **SHALL** file a response to the opening brief no later than **July 16, 2018**.

IT IS SO ORDERED.

Dated: **July 11, 2018**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE