# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA JEAN MCMACKIN, | ) Case No.: 1:17-cv-1181 - JLT |
| Plaintiff, | ) ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

On January 15, 2019, Gloria McMackin and Nancy A. Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and 28 U.S.C. §1920. (Doc. 19)

Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, fees and costs in the total amount of $4,600.00 are **AWARDED** to Plaintiff, Gloria Jean McMackin.

IT IS SO ORDERED.

Dated: **January 16, 2019**          **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE